JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7322
Facsimile:  (415) 436-6748
Email: michael.t.pyle@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERPRISE RENT-A-CAR OF SAN FRANCISCO,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JOHN E. POTTER, U.S. POSTMASTER GENERAL ET AL.,<br><br>　　Defendants. | No. C 08-4241 PJH<br><br>**STIPULATION AND [PROPOSED ORDER] OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties to this action by and through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and expenses.

//

//

//

//

STIP. AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
C 08-4241 PJH                                        -1-


```
 1
 2                                          Respectfully submitted,
 3                                          D'ANDRE, PETERSON, BOBUS & BRUSCINO
 4   Dated: October 2, 2008
                                            /s/ Randall J. Bobus
 5                                          RANDALL J. BOBUS
                                            Attorney for Plaintiff
 6
 7
                                            JOSEPH P. RUSSONIELLO
 8                                          United States Attorney
 9
10   Dated: October 6, 2008                 /s/ Michael T. Pyle
11                                          MICHAEL T. PYLE
12                                          Assistant United States Attorney
                                            Attorney for Federal Defendants
13
14
                                          ORDER
15
16       PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the above-captioned
17   action be and hereby is dismissed without prejudice.  Each party shall bear his or her own costs
18   and expenses.
19
                  20
20   DATED: October __, 2008
21                                          [APPROVED — Judge Jeffrey S. White]
22
23
24
25
26
27                                          For Phyllis J. Hamilton
28
```

STIP. AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
C 08-4241 PJH                              -2-

```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    JOANN M. SWANSON (CSBN 88143)
 3  Chief, Civil Division

 4  MICHAEL T. PYLE (SBN 172954)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102-3495
       Telephone: (415) 436-7322
 7     Facsimile:  (415) 436-6748
       E-mail: Michael.T.Pyle@usdoj.gov
 8
    Attorneys for Defendant
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ENTERPRISE RENT-A-CAR OF SAN FRANCISCO, | ) ) ) | No. C 08–4241 PJH |
| Plaintiff, | ) ) | **PROOF OF SERVICE** |
| vs. | ) ) | |
| JOHN E. POTTER, ET AL., | ) ) | |
| Defendants. | ) ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **October 6, 2008,** she caused a copy of:

      STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY
      DISMISSAL WITHOUT PREJUDICE

to be served by U.S. Mail upon the person at the place and address(es) stated below, which is the last known address:

      Randall John Bobus
      Law Offices of Randall J. Bobus
      350 E Street, Suite 220
      Santa Rosa, CA 95404

PROOF OF SERVICE
C 08-4241 PJH

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.

4  Dated: October 6, 2008

6                                         /s/
                                  BETH MARGEN
                                  Legal Technician

PROOF OF SERVICE
C 08-4241 PJH